## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   R. GONZALEZ-RODRIGUEZ   [1]   08CR2290-IEG

[]   []

The Honorable:   RUBEN B. BROOKS

Atty   F.D BY HANNI FAKHOURY   for   [1]   -   PDA
Atty   _____   for   []   -
Atty   _____   for   []   -

RBB08-1:1053-1054   (1 min)

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.

ALL PENDING DATES VACATED

Date:   08/15/08                                   _____
END OF FORM                                        by   VTL