# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08 CR 2290-IEG

vs )   ABSTRACT OF ORDER

Ramon Gonzalez-Rodriguez )   Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/15/08
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___X___ Case Dismissed. W/o prej

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X___ Other. As to this case only - New indictment 08 CR 2699-IEG

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by_____
V. Lee  Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**