UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 21 AM 8:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED 2008 AUG 18 PM 3:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
RAMON GONZALEZ-RODRIGUEZ
25373359        Defendant.

CASE NO. 08CR2290-IEG

JUDGMENT OF DISMISSAL
(Rule 48, F.R.Crim.P.)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _as charged in the Information_.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: AUGUST 15, 2008

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of Dismissal
~~Judgement and Commitment~~ on 8/19/08

ENTERED ON _____

United States Marshal
By: _____
USMS Criminal Section